MICHAEL E. KUNZ
CLERK'S OFFICE
CLERK OF COURT

ROOM 2609
(267) 299-7018

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA
U.S. COURT HOUSE
601 MARKET STREET
PHILADELPHIA 19106-1797

**FILED**

MAY 14 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

2:12-cv-0574

RE: ZOLOFT (SERTRALINE HYDROCHLORIDE) PRODUCTS LIABILITY LITIGATION
**MDL 2342**

Dear Clerk:

Enclosed is a Certified copy of an order issued by the Judicial Panel on Multidistrict Litigation directing the transfer of the case(s) listed on the attached schedule to the ED-PA as part of the MDL 2342 assigned to the Honorable Cynthia M. Rufe.

**Please docket this order on the cases listed on the attached schedule and notify our court by mailing us a certified copy of the docket when completed. We will then log onto pacer and print the case file. You will not be required to forward any documents to our district unless directed otherwise.**

If you have any questions, please call me at (267) 299-7018.

Very truly yours,

MICHAEL E. KUNZ
Clerk of Court

By: _____
Tom Dempsey, Deputy Clerk
MDL Docketing Clerk

Enclosure

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**IN RE: ZOLOFT (SERTRALINE HYDROCHLORIDE) PRODUCTS LIABILITY LITIGATION**

2:12-574

MDL No. 2342

(SEE ATTACHED SCHEDULE)

### ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in the actions on the attached schedule on April 19, 2012. Prior to expiration of that order's 7-day stay of transmittal, plaintiffs in these actions filed a notice of opposition to the proposed transfer. Plaintiffs now wish to withdraw their opposition to transfer.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-1" filed on April 19, 2012, is LIFTED insofar as it relates to these actions. The actions are transferred to the Eastern District of Pennsylvania for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Cynthia M. Rufe.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A TRUE COPY CERTIFIED TO FROM THE RECORD
DATED: 5/11/12
ATTEST: Tom Dempsey
DEPUTY CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

**IN RE: ZOLOFT (SERTRALINE HYDROCHLORIDE)**
**PRODUCTS LIABILITY LITIGATION**                              MDL No. 2342

### SCHEDULE CTO -1 - TAG-ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|
| **CALIFORNIA CENTRAL** | | | |
| CAC | 2 | 12-00486 | J. G. v. Pfizer Inc et al |
| CAC | 2 | 12-01853 | C. R. v. Pfizer Inc et al |
| **CALIFORNIA EASTERN** | | | |
| CAE | 2 | 12-00574 | Fleming v. Pfizer Inc et al |
| **CALIFORNIA SOUTHERN** | | | |
| CAS | 3 | 12-00549 | Hartley et al v. Pfizer, Inc. et al |
| CAS | 3 | 12-00550 | Stewart v. Pfizer Inc et al |
| CAS | 3 | 12-00569 | Noriega v. Pfizer Inc et al |